IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00856-AP

JANE M. LAW,

    Plaintiff,

    v.

MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

## 1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Alan M. Agee, #18444<br>Attorney for Plaintiff<br>512 S. 8th Street<br>Colorado Springs, CO 80905<br>(719) 473-1515<br>ageealanmpc@qwestoffice.net | Troy Eid<br>United States Attorney<br><br>Kevin Thomas Traskos<br>Assistant U.S. Attorney<br>Kevin.Traskos@usdoj.gov<br><br>Debra J. Meachum<br>Special Assistant U.S. Attorney<br>Telephone: (303) 844-1570<br>Fax: (303) 844-0770<br>debra.meachum@ssa.gov<br><br>Allan Berger<br>Special Assistant U.S. Attorney<br>Telephone: (303) 844-2149<br>allan.berger@ssa.gov<br><br>Fax: (303) 844-0770<br>1961 Stout St., Suite 1001A<br>Denver, CO 80294 |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 USC 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    Date Complaint Was Filed: 4/25/08.
    B.    Date Complaint Was Served on U.S. Attorney's Office: 4/30/08.
    C.    Date Answer and Administrative Record Were Filed: 6/19/08.

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**Plaintiff states:** Although Plaintiff's counsel will thoroughly review the Record, the accuracy and completeness of the Administrative Record cannot be ascertained until after Plaintiff's final opening brief is finally drafted and filed.

**Defendant states:** To the best of his knowledge, the record is complete.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

**Plaintiff states:** See paragraph four above.

**Defendant states:** None anticipated.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

**Plaintiff states:** This case involves no unusual claims.

**Defendant states:** This case does not involve unusual claims or defenses.

## 7. OTHER MATTERS

**Plaintiff states:** The record appears to be complete, but a final position by Plaintiff cannot be determined until the final draft of his opening brief is filed.

**Defendant states**: To the best of his knowledge, there are no other matters.

**8. BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due: 8/11/08**
    B.    **Defendant's Response Brief Due: 9/10/08**
    C.    **Plaintiff's Reply Brief Due: 9/30/08**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:** Oral Argument is requested.
    B.    **Defendant's Statement:** Oral Argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
    B.    **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1 BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause.</u>*

    DATED this 27th day of <u>June</u>, 2008.

                                                  BY THE COURT:

                                                  <u>S/John L. Kane</u>
                                                  U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Alan M. Agee 6/30/08<br>ALAN M. AGEE, #18444<br>Attorney for Plaintiff<br>512 S. 8th Street<br>Colorado Springs, CO 80905<br>(719) 473-1515<br>ageealanmpc@qwestoffice.net | Troy Eid<br>UNITED STATES ATTORNEY<br><br>Kevin Thomas Traskos<br>Assistant U.S. Attorney<br>kevin.traskos@usdoj.gov<br><br>s/ Debra J. Meachum 6/27/08<br>By: DEBRA J. MEACHUM<br>Special Assistant U.S. Attorney<br>Telephone: (303) 844-1570<br>debra.meachum@ssa.gov<br><br>Allan Berger<br>Special Assistant U.S. Attorney<br>Telephone: (303) 844-2149<br>allan.berger@ssa.gov<br><br>Fax: (303) 844-0770<br>1961 Stout St., Suite 1001A<br>Denver, CO 80294<br><br>Attorneys for Defendant |