IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-856-AP**

**JANE M. LAW,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

Defendant's Unopposed Motion for Remand (doc. #20), filed October 9, 2008, is GRANTED.

This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated: October 14, 2008.

                                         BY THE COURT:

                                         *S/John L. Kane*
                                         JOHN L. KANE, SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT